Gregory J. Wood (200780)
WOOD LITIGATION, APC
235 Montgomery Street, Suite 415
San Francisco, California 94104
Telephone: (415) 247-7900
gwood@woodlitigation.com

Attorney for Defendant,
KELLY ANN DOMINGUEZ JOHNSTON

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation; and the PEOPLE OF THE STATE OF CALIFORNIA, by and through Dennis J. Herrera, City Attorney for the City and County of San Francisco,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KELLY ANN DOMINGUEZ JOHNSTON,<br><br>　　　　　Defendants. | Case No.: 3:25-cv-03518-SK<br><br>**DEFENDANT KELLY ANN DOMINGUEZ JOHNSTON'S ADMINISTRATIVE MOTION AND ORDER TO CHANGE DEADLINE FOR FILING OF OPPOSITION AND REPLY TO PLAINTIFFS' MOTION TO DISMISS**<br><br>Action Filed:　April 22, 2025<br>Trial Date:　　TBD |

1. The opposition to Plaintiffs' Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6); Memorandum of Points And Authorities; Request for Judicial Notice, Docket No. 8, and the reply to Defendant's opposition to Docket No. 8.

2. Are currently due to be filed on May 19, 2025 and May 27, 2025, respectively.

3. I respectfully request that the Court change these deadlines to May 30, 2025 to file the opposition, and June 13, 2025 to file the reply.

4. I have not already asked the Court to change these deadlines.

5. These changes are necessary because the subject deadlines have not yet passed, the date for the hearing on the underlying Motion to Dismiss has been continued, and counsel for all parties desire the additional time.

6. I believe changing this deadline will not affect any other deadlines.

7. The opposing side has agreed to these changes.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct.

Date: May 16, 2025

Respectfully submitted,
WOOD LITIGATION, APC

By: _____
Gregory J. Wood
Attorney for Defendant
KELLY ANN DOMINGUEZ JOHNSTON

# ORDER

The Court GRANTS the administrative motion to extend the briefing schedule. The deadline for filing the opposition to Plaintiffs' Motion to Dismiss is CONTINUED to May 30, 2025 and the deadline for filing the reply is CONTINUED to June 13, 2025. However, counsel is admonished that in the future, parties shall either file a stipulation or file an administrative motion enough in advance of the deadline to allow for the other party to respond.

**IT IS SO ORDERED.**

DATED: May 16, 2025

_____
HONORABLE SALLIE KIM
United States District/Magistrate Judge