```
 1  DAVID CHIU, SBN 189542
    City Attorney
 2  YVONNE R. MERÉ, SBN 173594
    Chief Deputy City Attorney
 3  WADE CHOW, SBN 168527
    Chief Attorney
 4  Neighborhood and Resident Safety Division
    HUNTER W. SIMS III, SBN 266039
 5  Deputy City Attorneys
    Fox Plaza
 6  1390 Market Street, Seventh Floor
    San Francisco, California 94102-5406
 7  Telephone:    (415) 554-4259 (Sims)
    Facsimile:    (415) 437-4644
 8  E-Mail:       hunter.sims@sfcityatty.org

 9  Attorneys for Plaintiffs and Cross-Defendants
    CITY AND COUNTY OF SAN FRANCISCO
10  (Erroneously sued as MAYOR'S OFFICE OF
    HOUSING AND COMMUNITY DEVELOPMENT
11  [1]) and PEOPLE OF THE STATE OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation; and the PEOPLE OF THE STATE OF CALIFORNIA, by and through Dennis J. Herrera, City Attorney for the City and County of San Francisco,<br><br>  Plaintiffs,<br><br>vs.<br><br>KELLY ANN DOMINGUEZ JOHNSTON<br><br>  Defendants.<br><br>KELLY ANN DOMINGUEZ JOHNSTON, an individual,<br><br>Cross-Complainant, | Case No. 3:25-cv-03518 SK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS**<br><br>Hearing Date:     October 6, 2025<br>Hearing Judge:    Hon. Sallie Kim<br>Time:             9:30 a.m.<br>Place:            450 Golden Gate Avenue<br>                  Courtroom C, 15th Floor<br>                  San Francisco, California<br><br>Date Action Filed:  September 20, 2018<br>Trial Date:         Not set |

---

[1] The Mayor's Office of Housing and Community Development is a department of the City and County of San Francisco. This department is not a properly joined defendant because it does not have power to sue or be sued, and is not an independent public corporation. (See *Bauer v. County of Ventura* (1955) 45 Cal.2d 276, 288-289; *compare* Gov. Code, §§ 23000, 23004, subd. (a).)

v.

MAYOR'S OFFICE OF HOUSING AND COMMUNITY DEVELOPMENT, a City and County of San Francisco organization, and ROES ONE through ROES TEN,

Cross-Defendants.

## [PROPOSED] ORDER

Having considered all of the papers and argument in this matter, the Court grants Plaintiffs' motion to dismiss in its entirety, on the bases set forth in Plaintiffs' notice of motion and motion.

**IT IS SO ORDERED.**

DATED: _____    _____
HONORABLE SALLIE KIM
United States Magistrate Judge