DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
WADE CHOW, SBN 168527
Chief Attorney
Neighborhood and Resident Safety Division
HUNTER W. SIMS III, SBN 266039
Deputy City Attorneys
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5406
Telephone:    (415) 554-4259 (Sims)
Facsimile:    (415) 437-4644
E-Mail:        hunter.sims@sfcityatty.org

Attorneys for Plaintiffs and Cross-Defendants
CITY AND COUNTY OF SAN FRANCISCO
(Erroneously sued as MAYOR'S OFFICE OF
HOUSING AND COMMUNITY DEVELOPMENT
[1]) and PEOPLE OF THE STATE OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation; and the PEOPLE OF THE STATE OF CALIFORNIA, by and through Dennis J. Herrera, City Attorney for the City and County of San Francisco,<br><br>        Plaintiffs,<br><br>        vs.<br><br>KELLY ANN DOMINGUEZ JOHNSTON<br><br>        Defendants. | Case No. 3:25-cv-03518-SK<br><br>**PLAINTIFFS AND CROSS-DEFENDANTS' RE-NOTICE OF MOTION AND MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6); MEMORANDUM OF POINTS AND AUTHORITIES; REQUEST FOR JUDICIAL NOTICE**<br><br>Hearing Date:        November 10, 2025<br>Hearing Judge:      Hon. Sallie Kim<br>Time:                    9:30 a.m.<br>Place:                   450 Golden Gate Avenue<br>                            Courtroom C, 15th Floor<br><br>Date Action Filed:   September 20, 2018<br>Trial Date:             Not set |

[1] The Mayor's Office of Housing and Community Development is a department of the City and County of San Francisco. This department is not a properly joined defendant because it does not have power to sue or be sued, and is not an independent public corporation. (See *Bauer v. County of Ventura* (1955) 45 Cal.2d 276, 288-289; *compare* Gov. Code, §§ 23000, 23004, subd. (a).)

1   KELLY ANN DOMINGUEZ JOHNSTON, an
    individual,

2       Cross-Complainant,

3   v.

4   MAYOR'S OFFICE OF HOUSING AND
    COMMUNITY DEVELOPMENT, a City and
5   County of San Francisco organization, and
    ROES ONE through ROES TEN,
6
7       Cross-Defendants.

8

9                       **RE NOTICE OF MOTION**

10      PLEASE TAKE NOTICE that the hearing on plaintiffs' and cross-defendants' motion to

11  dismiss defendant's complaint, previously noticed for October 6, 2025, is hereby renoticed for

12  November 10, 2025, at 9:30 a.m. or as soon thereafter as this matter may be heard, before the

13  Honorable Sallie Kim, United States District Court, 450 Golden Gate Avenue, Courtroom C, 15th

14  Floor, San Francisco, California.

15      The motion to dismiss is based on this Renotice of Motion and the Motion to Dismiss and

16  Supporting Memorandum of Points and Authorities and the Request for Judicial Notice, all filed on

17  September 8, 2025 as well as the papers and other evidence submitted herewith, and such argument as

18  may be heard.

19

20  Date:  September 9, 2025                DAVID CHIU
                                           City Attorney
21                                         YVONNE R. MERÉ
                                           Chief Deputy City Attorney
22                                         WADE CHOW
                                           Chief Attorney
23                                         Neighborhood and Resident Safety Division
                                           HUNTER SIMS
24                                         Deputy City Attorneys

25                                  By:_____/s/ Hunter W. Sims III_____
26                                         HUNTER W. SIMS III
                                           Attorneys for Plaintiffs
27                                         CITY AND COUNTY OF SAN FRANCISCO and
                                           PEOPLE OF THE STATE OF CALIFORNIA
28
                                           2