GARY LIVAICH, SBN 084186
BRIAN MANNING, SBN 241512
KRISTEN RENFRO, SBN 259162
BENJAMIN TAGERT, SBN 330242
JAMES SILVERTHORN, SBN 354254
DESMOND, NOLAN, LIVAICH & CUNNINGHAM
15th & S Building
1830 15th Street
Sacramento, California 95811
Telephone:  (916) 443-2051
Facsimile: (916) 443-2651
Email: Krenfro@dnlc.net

Gregory J. Wood (200780)
WOOD LITIGATION, APC
235 Montgomery Street, Suite 415
San Francisco, California 94104
Telephone: (415) 247-7900
Email: gwood@woodlitigation.com

Co-Counsel for Defendant and Cross-Complainant
KELLY ANN DOMINGUEZ JOHNSTON

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation; and the PEOPLE OF THE STATE OF CALIFORNIA, by and through David Chiu, City Attorney for the City and County of San Francisco,<br><br>     Plaintiffs,<br><br>     v.<br><br>KELLY ANN DOMINGUEZ JOHNSTON, an individual, and DOE ONE through DOE TEN,<br><br>     Defendants. | Case No.: 3:25-cv-03518 SK<br><br>**KELLY ANN DOMINGUEZ JOHNSTON'S NOTICE OF ASSOCIATION OF COUNSEL**<br><br>Date Action Filed: September 20, 2018<br>Trial Date: Not set |
| KELLY ANN DOMINGUEZ JOHNSTON, an individual,<br><br>     Cross-Complainant,<br>     v.<br><br>MAYOR'S OFFICE OF HOUSING AND COMMUNITY DEVELOPMENT, a City and County of San Francisco organization, and ROES ONE through ROES TEN,<br><br>     Cross-Defendants. | |

**KELLY ANN DOMINGUEZ JOHNSTON'S NOTICE OF ASSOCIATION OF COUNSEL, CASE NO. 3:25-cv-03518 SK**

1  TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that Defendant and Cross-Complainant, KELLY ANN
3  DOMINGUEZ JOHNSTON hereby associates the law firm of DESMOND, NOLAN, LIVAICH
4  & CUNNINGHAM as co-counsel in this matter.

Dated: September 23, 2025        **DESMOND, NOLAN, LIVAICH & CUNNINGHAM**

By: _____
    KRISTEN RENFRO
Attorneys for Defendant and Cross-Complainant KELLY ANN DOMINGUEZ JOHNSTON

**CERTIFICATE OF SERVICE**

    I, KRISTEN RENFRO, hereby certify that I electronically filed the following document with the Clerk of the Court for the United States District Court for the Northern District of California, San Francisco Division by using the appellate CM/ECF system on September 23, 2025.

**KELLY ANN DOMINGUEZ JOHNSTON'S NOTICE OF ASSOCIATION OF COUNSEL, CASE NO. 3:25-cv-03518 SK**

    I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

    Executed September 23, 2025, at Sacramento, California

                                            _____s/s KRISTEN RENFRO
                                                 KRISTEN RENFRO