

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102

*cand.uscourts.gov*

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.

ATTEST:
MARK B. BUSBY
Clerk, U.S. District Court
Northern District of California

by: Hilary Jackson
    Deputy Clerk
Date: 2/3/26

February 3, 2026

San Francisco Superior Court
400 McAllister Street
San Francisco, California 94102

RE:  City and County of San Francisco v.  Kelly Ann Dominguez
     25-cv-03518-SK

Your Case Number:  CGC-24-614712

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

- ☒ Certified original and one copy of this letter
- ☒ Certified copies of docket entries
- ☒ Certified copy of Remand Order
- ☐ Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Mark B. Busby, Clerk

_____
by: Hilary Jackson
Case Systems Administrator
522-4261