**FILED**
FEB 19 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102
*cand.uscourts.gov*

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
MARK B. BUSBY
Clerk, U.S. District Court
Northern District of California

by: Hilary Jackson
Deputy Clerk
Date: 2/3/26

February 3, 2026

ENDORSED
FILED
Superior Court of California
County of San Francisco

FEB 13 2026

CLERK OF THE COURT
BY: AUSTIN LAM
Deputy Clerk

San Francisco Superior Court
400 McAllister Street
San Francisco, California 94102

RE:  City and County of San Francisco v. Kelly Ann Dominguez
     25-cv-03518-SK

Your Case Number:  CGC-24-614712

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

☒ Certified original and one copy of this letter

☒ Certified copies of docket entries

☒ Certified copy of Remand Order

☐ Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Mark B. Busby, Clerk

by: Hilary Jackson
Case Systems Administrator
522-4261

FEB 13 2026

AUSTIN LAM

SAN FRANCISCO CA 94

18 FEB 2026 PM 3 L

**RECEIVED**

FEB 19 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA  94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

